

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:        01-13-00853-CV

Style:        Dernick Resources, Inc.

        v. David Wilstein and Leonard Wilstein, Individually and as Trustee of the Leonard and

        Joyce Wilstein Revocable Trust

Date motion filed[*]:        April 7, 2014

Type of motion:        Motion for leave to file agreed supplemental clerk's record

Party filing motion:        Appellees/cross-appellants

Document to be filed:        Agreed record

Is appeal accelerated?        No

If motion to extend time:

        Original due date:

        Number of previous extensions granted:        Current Due date:

        Date Requested:

Ordered that motion is:

☐        Granted

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant appellant additional motions to extend time

☒        Denied

☐        Dismissed (*e.g.*, want of jurisdiction, moot)

☐        Other: _____

**Appellees/cross-appellants' motion for leave to file agreed supplemental clerk's record is denied. Texas Rule of Appellate Procedure 34 does not allow the parties to file their own agreed record directly with this Court.** *See* **TEX. R. APP. P. 34.2 ("By written stipulation filed with the trial court clerk, the parties may agree on the contents of the appellate record. . . . To request matter to be included in the agreed record, the parties must comply with the procedures of Rules 34.5 and 34.6."). To the extent the parties believe that relevant items were not included in the clerk's record previously filed with the Court, the the parties "may by letter direct the trial court clerk to prepare, certify, and file in the appellant court a appellate court a supplement containing the omitted item[s]." TEX. R. APP. P. 34.5(c)(1).**

Judge's signature:   /s/ Evelyn V. Keyes
            ☒ Acting individually    ☐ Acting for the Court

Panel consists of     _____

Date:  April 15, 2014

November 7, 2008 Revision